CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUL 17 2006
JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CLAUDE GENE SLOAN, | ) | |
| Petitioner, | ) | Civil Action No. 7:06CV00385 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| GENE JOHNSON, | ) | By: Hon. Jackson L. Kiser |
| Respondent. | ) | Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is now

## ORDERED

that the above referenced petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED**.

The Clerk is directed to send a certified copy of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

**ENTER:** This 17th day of July, 2006.

Senior United States District Judge